UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SORANUN BOOPPANON,<br><br>        Plaintiff,<br><br>v.<br><br>HARRAH'S RINCON CASINO & RESORT; HARRAH'S ENTERTAINMENT, INC.; JANET MANKINS, and DOES 1 through 30, inclusive,<br><br>        Defendants. | Case No. 06cv1623-BTM (BLM)<br><br>**ORDER DENYING SPECIALLY APPEARING DEFENDANTS' REQUEST TO HAVE THE PARTY EXCUSED FROM ATTENDING THE SETTLEMENT CONFERENCE**<br><br>**[DOC. NO. 35]** |

On July 23, 2007, specially appearing Defendants filed the instant request to excuse Defendants' client representatives from personal appearance at the July 30, 2007 Early Neutral Evaluation Conference, or to permit their telephonic appearance at that conference. Doc. No. 35. In support, counsel represents that specially appearing Defendants Harrah's Rincon Casino & Resort and Harrah's Entertainment, Inc. are not located in California, and that specially appearing Defendant Janet Mankins, while a California resident, does not reside in the city of San Diego. As such, counsel represents that personal appearances at the Early Neutral Evaluation Conference would impose significant burden and

expense on his clients.  Finally, counsel underlines that specially appearing Defendants continue to contest the Court's exercise of personal jurisdiction over them.

As explained in the Notice and Order Setting Early Neutral Evaluation Conference, all counsel and all parties are required to appear in person at the Early Neutral Evaluation Conference absent extraordinary circumstances.  Doc. No. 33 at 2.  The Court finds that specially appearing Defendants' fail to establish such extraordinary circumstances are present either to excuse their personal appearance or to permit their telephonic appearance at the Early Neutral Evaluation Conference.  Accordingly, specially appearing Defendants' request is hereby **DENIED.**

**IT IS SO ORDERED.**

Dated: July 24, 2007

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE BARRY TED MOSKOWITZ
U.S. DISTRICT JUDGE

ALL COUNSEL